# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco V Chala, | No. CV-23-01488-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Respondents. | |

On March 14, 2024, Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R") concluding Petitioner Francisco V. Chala's petition for writ of habeas corpus was untimely by more than twenty years. (Doc. 14). Petitioner did not file any objections. Therefore, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the R&R (Doc. 14) is **ADOPTED**. The petition for writ of habeas corpus (Doc. 1) is **DENIED**. The Clerk of Court shall enter judgment in favor of Respondents and close this case.

…

…

…

…

…

…

**IT IS FURTHER ORDERED** leave to proceed in forma pauperis and a certificate of appealability are **DENIED** because dismissal of the petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable, and because Petitioner has not made a substantial showing of the denial of a constitutional right.

Dated this 23rd day of April, 2024.

_____
Honorable Roslyn O. Silver
Senior United States District Judge